UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STACY WINSLOW, as next friend to A.K.,

        Plaintiff,

    v.

OFFICER L. TAYLOR,

        Defendant.

No. 13-cv-0659-EGS

## JOINT STATUS REPORT AND MOTION TO FURTHER EXTEND MEDIATION

As directed by the Court's Minute Order of August 27, 2014, the parties hereby submit this Joint Status Report. The parties have continued to confer regarding both monetary and substantive relief, however they have yet to reach a final agreement. The substantive relief involves an agreement by which the Metro Transit Police will retain a police practices expert, and it involves numerous details. Ms. Laurel Malson, the court-appointed mediator, has expressed her willingness to remain involved in the parties' negotiations, and the parties would like to continue their negotiations until an agreement is reached.

The parties regret that they have not yet been able to settle these matters, but they are resolved to try to do so, and therefore respectfully request that the Court continue the mediation period for an additional sixty days. The parties appreciate the Court's continued patience in this matter.

A proposed order is attached.

Respectfully submitted,

Arthur B. Spitzer (D.C. Bar No. 235960)

1

artspitzer@aclu-nca.org

*/s/ Jennifer Wedekind*
Jennifer Wedekind (D.C. Bar No. 1012362)
jennifer@aclu-nca.org
American Civil Liberties Union of the Nation's Capital
4301 Connecticut Avenue, N.W., Suite 434
Washington, D.C. 20008
Tel. 202-457-0800
Fax 202-457-0805

Counsel for Plaintiff


Kathryn Pett (D.C. Bar No. 1013423)
General Counsel

/s/ Kathleen A. Carey
Kathleen A. Carey (D.C. Bar No. 357990)
Chief Counsel-Torts
kcarey@wmata.com
Tel. 202-962-1496

/s/ Patricia B. Donkor
Patricia B. Donkor (D.C. Bar No. 1000455)
WMATA
600 5th Street, N.W.
Washington, D.C. 20001
PDonkor@wmata.com
Tel. 202-962-2560

Counsel for Defendant


September 26, 2014