UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STACY WINSLOW, as next friend to A.K., <br><br>  Plaintiff, <br><br> v. <br><br> OFFICER L. TAYLOR, <br><br>  Defendant. | No. 13-cv-0659-EGS |

**[Proposed]**
**ORDER**

Upon consideration of the parties' Joint Status Report and Motion to Further Extend Mediation, it is hereby

ORDERED that the mediation period be extended 60 days.

Dated: _____, 2014

                                             _____
                                             Emmet G. Sullivan
                                             United States District Judge

Copy to:
Arthur Spitzer
Jennifer Wedekind
Kathleen A. Carey
Patricia B. Donkor

1